UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES AGUIRRE, <br><br>           Plaintiff, <br><br>           v. <br><br> NANCY A. BERRYHILL, Acting <br> Commissioner of Social Security <br> Administration, <br><br>           Defendant. | No. CV 16-2242 FFM <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: April 20, 2018

                           /S/FREDERICK F. MUMM
                            FREDERICK F. MUMM
               United States Magistrate Judge